UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Marlon Sanchez Vasquez,<br>Petitioner<br>v.<br>ICE,<br>Respondent | Case No. 2:26-cv-02080-CDS-BNW<br>**Order Granting Petitioner's Motion to Extend Time**<br>[ECF No. 6] |

Petitioner Marlon Sanchez Vasquez's counsel seeks a four-week extension of time to file an amended petition for writ of habeas corpus because additional time is needed to review the records and confer with the petitioner. Mot., ECF No. 6. I find that the request is made in good faith and not solely for the purpose of delay, and that there is good cause to grant the requested extension.

It is hereby ordered that the petitioner's motion to extend time **[ECF No. 6] is GRANTED nunc pro tunc**. The petitioner must file an amended petition by August 21, 2026.

Dated: July 31, 2026

_______________________________
Cristina D. Silva
United States District Judge